United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENT BUTLER,<br><br>        Plaintiff,<br><br>        v.<br><br>ABM AVIATION, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-07086-SK<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to the Court's Initial Case Management Scheduling Order, an Initial Case Management Conference ("CMC") was scheduled for November 24, 2025 at 1:30 p.m. via Zoom. (Dkt. No. 9.) On November 24, 2025, Plaintiff's counsel failed to appear before this Court for the Initial CMC. Defendants' counsel appeared via Zoom for the CMC. Plaintiff's counsel IS HEREBY ORDERED TO SHOW CAUSE in writing no later than December 8, 2025 why this Court should not impose sanctions of $250 for failure to appear at the case management conference. Lastly, the Court HEREBY SCHEDULES the Initial Case Management Conference for January 12, 2026 at 1:30 p.m. via Public Zoom.

**IT IS SO ORDERED**.

Dated: November 24, 2025



SALLIE KIM
United States Magistrate Judge